UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MEENA TEJWANI,

                Plaintiff,

v.                                                                                    Civil Action: 1:05-CV-10699 (NMG)

AMERADA HESS CORPORATION,

                Defendant.

---

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Richard J. Bindelglass_
AMERADA HESS CORPORATION
BY: RICHARD J. BINDELGLASS
TITLE: ASSOCIATE GENERAL COUNSEL-
        REFINING & MARKETING

_/s/ Eben Krim_
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

Dated: July 18, 2005