UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEENA TEJWANI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERADA HESS CORPORATION, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>05-10699-NMG |

CERTIFICATION IN ACCORDANCE WITH
LOCAL RULE 16.1(D) (3)

The undersigned hereby certify that counsel has discussed with the plaintiff the anticipated cost of this litigation. Further, the plaintiff is not willing, at this time, to submit the matter to alternative dispute resolution.

Signed under the pains and penalties of perjury on July 16, 2005.

Judith A. Miller
BBO # 544756
Attardo and Miller LLP
220 Boylston Street, Suite 101
Chestnut Hill, MA 02467
617-969-2900

Meena Tejwani