UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEENA TEJWANI, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
|  | ) 05-10699-NMG |
| AMERADA HESS CORPORATION, | ) |
| Defendant. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties to this action through their counsel that the above-captioned action against Defendant be dismissed in its entirety, with prejudice, and with each side to pay its own fees and costs.

| MEENA TEJWANI, | AMERADA HESS CORPORATION |
|---|---|
| By Her Attorney, | By Its Attorney, |
| /s/ Judith A. Miller | /s/ Eben A. Krim |
| Judith A. Miller (BBO # 544756) | Mark W. Batten (BBO No. 566211) |
| Attardo and Miller LLP | Eben Krim (BBO # 652506) |
| 220 Boylston Street, Suite 101 | Proskauer Rose LLP |
| Chestnut Hill, MA 02467 | One International Place, 22nd Floor |
| 617-969-2900 | Boston, MA 02110 |
|  | 617-526-9600 |

Dated:  October 3, 2005